IN THE UNITED STATES DISTRICT COURT, FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b TOBAR CONSTRUCTION, INC., *et. al.* <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FIDELITY AND GUARANTY COMPANY <br><br> Defendant. | FILED    ENTERED <br><br> MAR 13 2002 <br><br> CLERK U.S. DISTRICT COURT <br> DISTRICT OF MARYLAND <br> BY _____ DEPUTY <br><br> Civil Action No: JFM-01-CV-3778 |

## NOTICE OF DISMISSAL

United States of America f/u/b Tobar Construction, Inc. and Tobar Construction, Inc., Plaintiff's, by counsel, pursuant to Federal Rules Civil Procedure 41, hereby gives notice of the dismissal of this action, <u>with prejudice</u>. Please note that this notice has been filed before the service by the Defendant of an Answer or a Motion for Summary Judgment.

Respectfully submitted,

GREENBURG, SPENCE & TAYLOR, LLC

By: _____
Donald H. Spence, Jr., Esq.
51 Monroe Place, Suite 707
Rockville, Maryland 20850-2406
301-610-0010
301-610-0021 fax

Attorneys for Tobar Construction, Inc.

## CERTIFICATE OF SERVICE

I certify that on this __12th__ day of March, 2002, a copy of the foregoing Notice of Dismissal was sent, first class mail, postage prepaid, to the following:

>USF&G
>c/o Jay Bernstein, Esq.
>St. Paul Companies
>5801 Smith Avenue
>Baltimore, Maryland 21209

_____
Donald H. Spence, Jr.